# IN THE SUPREME COURT OF TEXAS

No. 17-0836

CITY OF DALLAS, MIKE RAWLINGS, SCOTT GRIGGS, ADAM MEDRANO, CASEY THOMAS II, CAROLYN KING ARNOLD, RICKEY D. CALLAHAN, MONICA R. ALONZO, TIFFINNI A. YOUNG, ERIK WILSON, MARK CLAYTON, B. ADAM MCGOUGH, LEE M. KLEINMAN, SANDY GREYSON, JENNIFER S. GATES, PHILIP T. KINGSTON, AND A.C. GONZALEZ, PETITIONERS

v.

DAVID S. MARTIN, JAMES A. BRADDOCK, OBIE CARTMILL, ROBERT DALE MARTIN, O.J. ADAIR, GEORGE G. PARKER, JOE M. GUNN, STEPHEN W. TOTH, NATHAN TRAMMEL, TODD A. STRATMAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, AND DALLAS POLICE AND FIRE PENSION SYSTEM, RESPONDENTS

ON PETITION FOR REVIEW

**CORRECTED ORDER**

1. The motion to abate appeal, filed on June 27, 2018, is granted in part and this case is **ABATED** to allow the parties to proceed with settlement negotiations.

2. The Court lifts the stay imposed by section 51.014(b) of the Texas Civil Practice and Remedies Code, in Cause No. 1-95-506, styled *David S. Martin, et al. v. City of Dallas* and Cause No. 1-95-107, styled *George G. Parker, et al. v. City of Dallas* in the 382nd District Court of Rockwall County, Texas, for the limited purpose of allowing the parties to finalize a settlement.

3. This case is removed from the Court's active docket until **September 4, 2018**, by which time the parties must file either a status report or a motion to dismiss. The parties shall immediately notify this Court about any changes in status in the settlement proceedings.

Done at the City of Austin, this 6th day of July, 2018.

BLAKE A. HAWTHORNE, CLERK
SUPREME COURT OF TEXAS

By Claudia Jenks, Chief Deputy Clerk